B6A (Official Form 6A) (12/07)

.

In re  **Allan K Butler,**                                                    Case No.    **09-46805**
       **Donna V Butler**

                                                                                        ,
                              Debtors

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Location: 8438 Mississippi Blvd. N.W., Coon Rapids MN; Legally described as Lot 3, Block 4, Mississippi Oaks, Anoka County, Minnesota** | **Fee simple** | **J** | **350,000.00** | **254,171.00** |
| **Location: 1020 95 Lane NW, Coon Rapids, MN 55433; Legally described as Lot 4, Block 1, Amana 1st Add, Anoka County, Minnesota** | | J | 133,979.00 | 214,023.00 |
| **Location: 1036 34th Avenue N.E., Minneapolis, MN 55418; Legally described as Lot 1, Block 11, Arlington Heights, Hennepin County, Minnesota** | | - | 82,030.00 | 214,023.00 |
| **Location: 1036 95 Lane NW, Coon Rapids, MN 55433; Legally described as Lot 3, Block 1, Amana 1st Add, Anoka County, Minnesota** | | J | 135,784.00 | 216,907.00 |
| **Location: 1052 95 Lane NW, Coon Rapids, MN 55433; Legally described as Lot 2, Block 1, Amana 1st Add, Anoka County, Minnesota** | | J | 136,305.00 | 217,739.00 |
| **Location: 1057 95th Lane NW, Coon Rapids, MN 55433; Legally described as Lot 1, Block 1, Amana 1st Add, Anoka County, Minnesota** | | J | 168,582.00 | 233,893.00 |
| **Location: 228 South Elk Street, Belle Plaine, MN 56011; Legally described as Lot 10, Block 44, City of Belle Plaine, Scott County, Minnesota** | | J | 127,593.00 | 101,968.00 |
| **Location: 2615 36th Avenue N., Minneapolis, MN 55412; Legally described as That Part Lying E of the W 88 Ft Thereof Ex Alley of Lots 28 29 and 30, Block 1 Berry's 1st Addn to Mpls, Hennepin County, Minnesota** | | J | 19,610.00 | 48,389.00 |
| **Location: 2951 Knox Ave N., Minneapolis, MN 55411; Legally described as Lot 3, Block 3, Lauderdales Sub Lots Babbitts Outlots, Hennepin County, Minnesota** | | J | 21,238.00 | 105,899.00 |

Sub-Total >   **1,175,121.00**    (Total of this page)

__5__   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re    **Allan K Butler,**                                                                Case No.    **09-46805**
         **Donna V Butler**
_____,
                                    Debtors

# SCHEDULE A - REAL PROPERTY - AMENDED
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Location: 3223 Thomas Avenue North, Minneapolis, Minnesota; Legally described as Lot 3, Block 17, Branham & Greenleafs Addn to Mpls, Hennepin County, Minnesota | | J | 20,498.00 | 118,782.00 |
| Location: 3228 Thomas Ave N., Minneapolis, MN 55412; Legally described as Lot 23, Block 2, Nichols-Frissell Cos Bungalow Grove, Hennepin County, Minnesota | | J | 18,351.00 | 72,204.00 |
| Location: 3237 Sheridan Ave N., Minneapolis, MN 55412; Legally described as Lot 6, Block 2, Nichols-Frissell Cos Bungalow Grove, Hennepin County, Minnesota | | J | 24,568.00 | 62,391.00 |
| Location: 3427 Irving Ave N., Minneapolis, MN 55412; Legally described as Lot 9, Block 2, Franklin Heights, Hennepin County, Minnesota | | J | 20,128.00 | 117,249.00 |
| Location: 3431 Emerson Ave N., Minneapolis, MN 55412; Legally described as Lot 8, Block 3, Livingston Park, Hennepin County, Minnesota | | J | 18,870.00 | 82,250.00 |
| Location: 3435 Queen Ave N., Minneapolis, MN 55412; Legally described as Lot 6, Block 2, Fletcher & Fletchers Addn to Mpls, Hennepin County, Minnesota | | J | 20,646.00 | 92,701.00 |
| Location: 3442 Russell Ave N., Minneapolis, MN 55412; Legally described as Lot 11, Block 2, Fletcher & Fletchers Addn to Mpls, Hennepin County, Minnesota | | J | 19,166.00 | 77,758.00 |
| Location: 3447 6th St. N., Minneapolis, MN 55412; Legally described as Lot 4, Block 6, Nichols-Frissell Cos Stewart Heights, Hennepin County, Minnesota | | J | 20,794.00 | 107,184.00 |
| Location: 3455 4th St. N., Minneapolis, MN 55412; Legally described as Lot 2, Block 2, Perkins Hill Addn to Mpls, Hennepin County, Minnesota | | J | 33,907.00 | 70,000.00 |
| Location: 3507 Girard Ave N., Minneapolis, MN 55412; Legally described as Lot 14, Block 2, Dean Park, Hennepin County, Minnesota | | J | 45,474.00 | 81,000.00 |
| | | Sub-Total > | 242,402.00 | (Total of this page) |

Sheet __1__ of __5__ continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07) - Cont.

In re    **Allan K Butler,**                                          Case No.    **09-46805**
        **Donna V Butler**
_____,
Debtors

# SCHEDULE A - REAL PROPERTY - AMENDED
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Location: 3510 6th St. N., Minneapolis, MN 55412; Legally described as Lot 8, Block 4, Nichols-Frissell Cos Stewart Height, Hennepin County, Minnesota** | | J | 35,788.00 | 45,000.00 |
| **Location: 3511 Dupont Ave. N., Minneapolis, MN 55412; Legally described as Lot 13, Block 1, Livingston Park, Hennepin County, Minnesota** | | J | 45,967.00 | 77,000.00 |
| **Location: 3531 4th St. N., Minneapolis, MN 55412; Legally described as Lot 8, Block 4, Nichols-Frissell Cos Stewart Heights, Hennepin County, Minnesota** | | J | 46,130.00 | 66,000.00 |
| **Location: 3543 Penn Ave. N., Minneapolis, MN 55412; Legally described as Lot 2, N 40 Ft of S 80 Ft of E 1/2 Incl Adj 7 Ft of Penn Ave N Vac Except Alley, Hennepin County, Minnesota** | | J | 15,836.00 | 76,255.00 |
| **Location: 3545 Russell Ave N, Minneapolis, MN 55415; Legally described as S 45 Ft of N 63 35/100 Ft of E 1/2, Except Alley, Lot 12, Hennepin County, Minnesota** | | J | 26,492.00 | 101,507.00 |
| **Location: 3555 James Ave N., Minneapolis, MN 55412; Legally described as Lot 2, Block 1, Nimmons & Pratts Addn to Mpls, Hennepin County, Minnesota** | | J | 24,198.00 | 83,004.00 |
| **Location: 3610 Colfax Ave N., Minneapolis, MN 55412; Legally described as Lot 18, Block 14, Walton Park, Hennepin County, Minnesota** | | J | 16,946.00 | 116,687.00 |
| **Location: 3618 Queen Ave N., Minneapolis, MN 55412; Legally described as Lot 12, Block 8, Oak Wood Addn to Mpls, Hennepin County, Minnesota** | | J | 40,057.00 | 70,000.00 |
| **Location: 3635 Emerson Ave N., Minneapolis, MN 55412; Legally described as Lot 7, Block 11, Walton Park, Hennepin County, Minnesota** | | J | 26,788.00 | 82,250.00 |
| **Location: 3643 Bryant Avenue North, Minneapolis, MN 55412; Legally described as Lot 5, Block 14, Walton Park, Hennepin County, Minnesota** | | J | 19,980.00 | 119,548.00 |
| **Location: 3659 Aldrich Ave N., Minneapolis, MN 55412; Legally described as Lot 1, Block 15, Walton Park, Hennepin County, Minnesota** | | J | 49,743.00 | 95,000.00 |
| | | Sub-Total > | 347,925.00 | (Total of this page) |

Sheet   **2**   of   **5**   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re    **Allan K Butler,**                                           Case No.    **09-46805**

            **Donna V Butler**

                                        Debtors

# SCHEDULE A - REAL PROPERTY - AMENDED
### (Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Location: 3735 Girard Ave N., Minneapolis, MN 55412; Legally described as Lot 7, Block 8, Walton Park, Hennepin County, Minnesota** | | J | 20,276.00 | 89,500.00 |
| **Location: 3746 Russell Avenue North, Minneapolis, MN 55412; Legally described as Lot 27, Block 2, Woodland Heights Addn to Mpls, Hennepin County, Minnesota** | | J | 23,458.00 | 134,109.00 |
| **Location: 3807 Aldrich Ave N., Minneapolis, MN 55412; Legally described as Lot 14, Block 3, Farnhams 3rd Addn to Mpls, Hennepin County, Minnesota** | | J | 53,354.00 | 77,000.00 |
| **Location: 3846 Colfax Ave N., Minneapolis, MN 55412; Legally described as Lot 27, Block 1, Nichols-Frissell Cos McKinley Place, Hennepin County, Minnesota** | | J | 23,828.00 | 84,200.00 |
| **Location: 4011 Colfax Ave N., Minneapolis, MN 55412; Legally described as Lot 11, Block 2, Wyoming Park Addn to Mpls, Hennepin County, Minnesota** | | J | 20,054.00 | 76,735.00 |
| **Location: 4018 Sheridan Ave N., Minneapolis, MN 55412; Legally described as Lot 20, Block 6, Thorpe Bros William Penn Addn, Hennepin County, Minnesota** | | J | 24,420.00 | 88,311.00 |
| **Location: 4047 Sheridan Ave N., Minneapolis, MN 55412; Legally described as Lot 4, Block 5, Thorpe Bros William Penn Addn, Hennepin County, Minnesota** | | J | 28,860.00 | 106,500.00 |
| **Location: 4136 and 4138 Girard Ave N., Minneapolis, MN 55412; Legally described as Lot 23, Block 8, Wyoming Park Addn to Mpls, Hennepin County, Minnesota** | | J | 32,190.00 | 134,133.00 |
| **Location: 4155 Sheridan Ave N., Minneapolis, MN 55412; Legally described as Lot 2, Block 4, Thorpe Bros William Penn Addn, Hennepin County, Minnesota** | | J | 59,921.00 | 91,000.00 |
| | | Sub-Total > | 286,361.00 | (Total of this page) |

Sheet  **3**  of  **5**  continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re     **Allan K Butler,**                                  Case No.     __09-46805__
            **Donna V Butler**

Debtors

# SCHEDULE A - REAL PROPERTY - AMENDED
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Location: 4207 Sheridan Ave N., Minneapolis, MN 55412; Legally described as Lot 16, Block 5, Howes Hyland Homes Addn to Mpls, Hennepin County, Minnesota** | | J | 45,235.00 | 87,000.00 |
| **Location: 4308 6th St NE, Columbia Heights, MN 55421; Legally described as Rear of Blk B of Col Hts Annex City of Columbia Heights Lot 12 Blk 2 Rear Block B, Anoka County, Minnesota** | | J | 74,958.00 | 115,876.00 |
| **Location: 4355 Logan Ave N., Minneapolis, MN 55412; Legally described as Lot 8, Block 3, Thrall-McKenzie Cos Osford Manor, Hennepin County, Minnesota** | | J | 27,602.00 | 72,306.00 |
| **Location: 4519 Colfax Ave N., Minneapolis, MN 55412; Legally described as Lot 9 and S 1 Ft of Lot 8, Block 3, James M. Gillespies 3rd Addn to Mpls, Hennepin County, Minnesota** | | J | 17,168.00 | 69,526.00 |
| **Location: 4539 Aldrich Ave N., Minneapolis, MN 55412; Legally described as Lot 1, Block 1, James M Gillespies 3rd Addn to Mpls, Hennepin County, Minnesota** | | J | 24,272.00 | 98,000.00 |
| **Location: 4639 Dupont Ave N., Minneapolis, MN 55412; Legally described as Lot 6, Block 1, Gillespies Camden Oaks Addn to Mpls, Hennepin County, Minnesota** | | J | 23,310.00 | 125,130.00 |
| **Location: 4707 6th Street N., Minneapolis, MN 55430; Legally described as Lot 9, Block 2, Camden Homes Mpls, Hennepin County, Minnesota** | | J | 20,794.00 | 95,000.00 |
| **Location: 4846 Colfax Ave N., Minneapolis, MN 55430; Legally described as Lot 27, Block 3, Newcombs Addn to Mpls, Hennepin County, Minnesota** | | J | 21,682.00 | 53,129.00 |
| **Location: 5229 Fremont Ave N., Minneapolis, MN 55430; Legally described as Lot 8, Block 3, Kenmore Krest, Hennepin County, Minnesota** | | J | 25,826.00 | 133,666.00 |

Sub-Total >     280,847.00     (Total of this page)

Sheet __4__ of __5__ continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                            Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re    **Allan K Butler,**
    **Donna V Butler**                                    Case No. ___09-46805___

    _____
              Debtors

## SCHEDULE A - REAL PROPERTY - AMENDED
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Location: Grand Villas at World Golf Village Condominium, A Bluegreen Vacation Club Resort; legally described as Unit Week(s) 9, 24, F in Unit number(s) 120, 113 of The Hammocks at Marathon Condominium, A Bluegreen Vacation Club Resort, according to the Declaration of Condominium recorded in Official Record Book 2033, at page 724, of the Public Records of Monroe County, Florida, together with all appurtenances thereunto attached, Monroe County, Florida.** | Fee simple | J | 20,000.00 | 0.00 |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Sub-Total > | 20,000.00 | (Total of this page) |
|  | Total > | 2,352,656.00 |  |

Sheet __5__ of __5__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Allan K Butler,**                                              Case No.    __09-46805__
         **Donna V Butler**
                                                                    ,
                          Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash** | J | 5,000.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Spire Federal Credit Union Checking Acount (Acct. No. xx2188)** | J | 15,868.57 |
| | | **Spire Federal Credit Union Savings Account (Acct. No. xx2188) - (Used for Debtor's Social Security)** | J | 6,849.48 |
| | | **Village Bank Checking Account (Acct. No. xxx7090)** | J | 2,071.71 |
| | | **Wells Fargo Checking Account (Acct. No. xxxxxx8579)** | J | 303.03 |
| | | **Wells Fargo Checking Account (Acct. No. xxxxxx1457)** | J | 1,609.73 |
| | | **Wells Fargo Checking Account (Acct. No. xxxxxx2468)** | J | 614.36 |
| | | **Wells Fargo Savings Account (Acct. No. xxxxxx0697)** | J | 200.00 |
| | | **Minnesota Valley Credit Union - (Used for Joint Debtor's Social Security)** | W | 9,000.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Household Goods** | J | 18,500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books, Stamp Collection, Family Heirlooms** | J | 500.00 |
| 6.  Wearing apparel. | | **Miscellaneous Wearing Apparel** | J | 1,000.00 |

|  | Sub-Total >  | 61,516.88 |
|---|---|---|
|  | (Total of this page) |  |

__3__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Allan K Butler,**                                          Case No.    **09-46805**
    **Donna V Butler**
_____,
               Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 7. Furs and jewelry. | | **Wedding Ring** | **H** | **50.00** |
| | | **Wedding Ring** | **W** | **500.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Old shotgun** | **H** | **50.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term Life Insurance Policy** | **J** | **0.00** |
| | | **2 Whole Life Insurance Policies; No Cash Value; Face Values $25,000.00 and $20,000.00** | **J** | **0.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Pension - $2,077/month** | **W** | **0.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **DVB Properties I, LLC** | **J** | **0.00** |
| | | **DVB Properties II, LLC** | **J** | **0.00** |
| | | **DVB Properties III, LLC** | **J** | **0.00** |
| | | **AB Properties I, LLC** | **J** | **0.00** |
| | | **AB Properties II, LLC** | **J** | **0.00** |
| | | **AB Properties III, LLC** | **J** | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **American Family Property Insurance Refund** | **J** | **20,000.00** |

|  | Sub-Total > | **20,600.00** |
|---|---|---|
|  | (Total of this page) | |

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Allan K Butler,**                                          Case No.  **09-46805**
      **Donna V Butler**
                               Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **2009 Tax Refunds** | J | **Unknown** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Counterclaim against City County Federal Credit Union** | J | **0.00** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Asbestos License** | H | **1.00** |
| | | **Insurance License** | H | **1.00** |
| | | **Lead Abatement License** | H | **1.00** |
| | | **Real Estate Broker License** | H | **1.00** |
| | | **Residential Building Contractor License** | H | **1.00** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

Sub-Total >                **5.00**
(Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Allan K Butler,**                                          Case No.    09-46805
         **Donna V Butler**

_____
Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1984 Monaco** | J | 3,500.00 |
| | | **2001 Ford Escape (101,000 Miles)** | H | 1,800.00 |
| | | **2002 Ford Taurus (90,000 Miles)** | J | 9,000.00 |
| | | **Two Trailers** | H | 2,500.00 |
| | | **1984 GMC Truck** | H | 5,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Computer, Copier and Desk** | J | 1,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Tools of the Trade** | H | 10,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Lake States Deposit** | J | 175.00 |
| | | **Checks Deposited into DIP (Debtor-in-Possession) Account** | J | 21,326.49 |

|  |  |
|---|---|
| Sub-Total > | **54,301.49** |
| (Total of this page) | |
| Total > | **136,423.37** |

Sheet    3    of    3    continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## District of Minnesota

| | | | |
|---|---|---|---|
| In re | **Allan K Butler**<br>**Donna V Butler** | Case No. | **09-46805** |
| | Debtor(s) | Chapter | **11** |

# STATEMENT OF FINANCIAL AFFAIRS - AMENDED

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$-714,197.00** | **2007** |
| **$-856,431.00** | **2008** |

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See Attached Exhibit A | | $0.00 | $0.00 |

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Allan K Butler vs Pamela J Curtis, Mason M White; Case No. 02-CV-09-1792 | Eviction (UD) | Anoka County District Court, Anoka County, Minnesota | Closed |
| City-County Federal Credit Union vs Donna V. Butler, American Finance House Lariba, a California Corporation, Mary Roe, Allan K Butler, John Doe; Case No. 02-CV-09-1976 | Civil/Other/Misc. | Anoka County District Court, Anoka County, Minnesota | Pending |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Allan K Butler vs Taralyn Rose Jensen; Case No. 02-CV-09-2459** | **Eviction/UD** | **Anoka County District Court, Anoka County, Minnesota** | **Closed** |
| **Allan K Butler vs Tara Waxlax and all occupants of this house; Case No. 02-CV-09-3332** | **Eviction/UD** | **Anoka County District Court, Anoka County, Minnesota** | **Closed** |
| **Allan K Butler, Fadia Salem vs Pamela J Curtis; Case No. 02-CV-09-3845** | **Eviction/UD** | **Anoka County District Court, Anoka County, Minnesota** | **Closed** |
| **City-County Federal Credit Union vs Donna V Butler, Allan K Butler; Case No. 02-CV-09-6838** | **Default Judgement** | **Anoka County District Court, Anoka County, Minnesota** | **Default Judgment/Closed** |
| **City-County Federal Credit Unioin vs Allan K Butler, Donna V Butler, AB Properties, I, LLC, Fadia Salem, John Doe et. al.; Case No. 02-CV-09-7049** | **Civil/Other/Misc.** | **Anoka County District Court, Anoka County, Minnesota** | **Pending** |
| **Kina Williams vs Allan K Butler; Case No. 27-CO-09-4** | **Conciliation/Civil** | **Hennepin County Conciliation Court, Hennepin County, Minnesota** | **Closed** |
| **CITY-COUNTY FEDERAL CREDIT UNION vs Allan K Butler, Donna V Butler, American Finance House LARIBA, John Doe and Mary Roe; Case No. 27-CV-09-6171** | **Civil/Other/Misc.** | **Hennepin County District Court, Hennepin County, Minnesota** | **Pending** |
| **CITY-COUNTY FEDERAL CREDIT UNION vs Allan K Butler, Donna V Butler, John Doe and Mary Roe; Case No. 27-CV-09-6176** | **Civil/Other/Misc.** | **Hennepin County District Court, Hennepin County, Minnesota** | **Closed** |
| **City-County Federal Credit Union vs Donna V Butler, Allan K Butler; Case No. 27-CV-09-23744** | **Transcript Judgment From Other Minnesota County** | **Hennepin County District Court, Hennepin County, Minnesota** | **Closed** |
| **CITY-COUNTY FEDERAL CREDIT UNION vs Allan K Butler, Donna V Butler, AB Properties II LLC, DVB Properties I LLC, DVB Properties II LLC et. al.; Case No. 27-CV-09-24136** | **Civil/Other/Misc.** | **Henepin County District Court, Hennepin County, Minnesota** | **Pending** |
| **Kina Williams vs ALLAN K BUTLER; Case No. 27-CV-09-27272** | **Civil** | **Hennepin County District Court, Hennepin County, Minnesota** | **Transcript Judgment/Closed** |
| **Allan K Butler vs Antionette Green; Case No. 27-CV-HC-09-1046** | **Eviction/UD** | **Hennepin County Housing Court, Hennepin County, Minnesota** | **Closed** |
| **ALLAN K BUTLER vs Antionette Green; Case No. 27-CV-HC-09-1819** | **Eviction/UD** | **Hennepin County Housing Court, Hennepin County, Minnesota** | **Closed** |

4

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **ALLAN K BUTLER vs Vernitta Mare Allen; Case No. 27-CV-HC-09-5353** | **Eviction/UD** | **Hennepin County Housing Court, Hennepin County, Minnesota** | **Closed** |
| **ALLAN K BUTLER dba AB Properties #2 LLC vs Teresa L Thomas; Case No. 27-CV-HC-09-5640** | **Eviction/UD** | **Hennepin County Housing Court, Hennepin County, Minnesota** | **Closed** |
| **City-County Federal Credit Union vs Allan K. Butler, Donna V. Butler, American Finance House LARIBA, a California Corporation, John Doe and Mary Roe; Case No. 70-CV-09-6044** | **Contract** | **Scott County District Court, Scott County, Minnesota** | **Pending** |

None    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
☐    preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **City-County Federal Credit Union P.O. Box 31112 Tampa, FL 33631-3112** | | **City-County garnished/levied on the following entities in the months immediately preceding commencement of the bankruptcy case; (1) Minneapolis public Housing Authority; (2) Spire Federal Credit Union; (3) Fadia Salem; (4) Lessees of following properties:  3643 Bryant; 3223 Thomas; 3746 Russell; 4707 6th Street, 3427 Irving; 3545 Russell; 5229 Fremont; 3543 Penhn; 2951 Knox; 4136 Girard; 4138 Girard; 4018 Sheridan, and 4639 dupont and (5) Wells Fargo. The exact amount seized in unknown.** |

### 5. Repossessions, foreclosures and returns

None    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or
■    returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of
■    this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☐  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| **James H. Callahan** | **Hennepin County District Court; Case No. 27-CV-09-6171** | **April 30, 2009** | **4519 Colfax Ave. N., Minneapolis; 4011 Colfax Ave. N., Minneapolis; 3555 James Ave. N., Minneapolis; 3435 Queen Ave. N., Minneapolis; 3228 Thomas Ave. N., Minneapolis; 3442 Russell Ave. N., Minneapolis; 3610 Colfax Ave. N., Minneapolis; 3237 Sheridan Ave. N., Minneapolis; 2615 36th Ave. N., Minneapolis; 4846 Colfax Ave. N., Minneapolis; 4355 Logan Ave. N., Minneapolis** |
| **James H. Callahan** | **Hennepin County District Court; Case No. 27-CV-09-6176** | | **3447 North 6th Street, 4539 Aldrich Ave. N., 3735 Girard Av. N., 3431 Emerson Ave. N., 3635 Emerson Ave. N., 4047 Sheridan Ave. N., 3846 Colfax Ave. N. 4207 Sheridan Ave. N., 3807 Aldrich Ave. N., 3455 4th Street N., 3507 Girard Ave. N., 3659 Aldrich Ave. N., 3511 Dupont Ave. N., 3618 Queen Ave. N., 4155 Sheridan Ave. N., 3531 4th Street N., 3510 6th Street N., Minneapolis** |

### 7. Gifts

None ☐  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Calvary Lutheran Church 7520 Golden Valley Rd Golden Valley, MN 55427-4587** | **None** | **2008-2009 (Monthly)** | **Cash: $8,000.00** |

6

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Global Health Ministries**<br>**7831 Hickory St NE**<br>**Fridley, MN 55432-2500** | **None** | **12/11/2008** | **Cash: $1,000.00** |
| **Waldorf College**<br>**106 S. 6th Street**<br>**Forest City, IA 50436** | **None** | **11/12/2008** | **Cash: $250.00** |
| **Campus Crusade for Christ**<br>**National Campus Office**<br>**100 Lake Hart Drive**<br>**Orlando, FL 32832** | **None** | **2008-2009**<br>**(Monthly)** | **Cash: $1,200.00** |
| **Christian Children's Fund**<br>**2821 Emerywood Parkway**<br>**Richmond, VA 23294** | **None** | **2008-2009**<br>**(Monthly)** | **Cash: $480.00** |

### 8. Losses

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None □

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Hinshaw & Culbertson LLP**<br>**333 South Seventh Street**<br>**Suite 2000**<br>**Minneapolis, MN 55402** | **11/11/2009** | **$20,000.00 Chapter 11 Bankruptcy** |

### 10. Other transfers

None □

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Fadia Salem**<br>**1036 34th Avenue N.**<br>**Minneapolis, MN 55418** | | **3643 Bryant Ave.; 3223 Thomas Ave.; 3746 Russell Ave.; 4707 6th St.; 3427 Irving Ave.; 3545 Russell Ave.; 5229 Fremont Ave.; 3543 Penn Ave.; 2951 Knox Ave.; 1057 95th Lane NW; 4136 Girard Ave.; 4138 Girard Ave.; 1020 95 Lane; 1036 95 Lane; 1052 95 Lane; 4018 Sheridan Ave. N.; 4639 Dupont Ave. FADIA SALEM RECONVEYED THE PROPERTIES TO THE DEBTORS IN OCTOBER, 2009.** |

7

None ■  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11.  Closed financial accounts

None ■  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12.  Safe deposit boxes

None ■  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13.  Setoffs

None ■  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14.  Property held for another person

None ■  List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15.  Prior address of debtor

None ■  If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16.  Spouses and Former Spouses

None ■  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

8

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
■       or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known,
        the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
■       Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
■       the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
        docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
☐       ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
        partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
        immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
        within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six
years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six
years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Elan Financial Advisors** | | **8438 Mississippi Blvd., N.W. Coon Rapids, MN 55433** | **Mortgage Company** | **2008-2008** |
| **DVB Properties I, LLC** | **8918** | **8438 Mississippi Blvd, N.W. Coon Rapids, MN 55433** | **Holding Company** | **2002-Present** |
| **DVB Properties II, LLC** | **8918** | **8438 Mississippi Blvd., N.W. Coon Rapids, MN 55433** | **Holding Company** | **2002-Present** |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| DVB Properties III, LLC | 8918 | 8438 Mississippi Blvd., N.W. Coon Rapids, MN 55433 | Holding Company | 2002-Present |
| AB Properties I, LLC | 8918 | 8438 Mississippi Blvd., N.W. Coon Rapids, MN 55433 | Holding Company | 2002-Present |
| AB Properties II, LLC | 8918 | 8438 Mississippi Blvd., N.W. Coon Rapids, MN 55433 | Holding Company | 2002-Present |
| AB Properties III, LLC | 8918 | 8438 Mississippi Blvd., N.W. Coon Rapids, MN 55433 | Holding Company | 2002-Present |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                     ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                                 DATES SERVICES RENDERED
**Mek Accounting & Consulting, Ltd.**                                             **March 28, 2008**
**12760 Aberdeen Street NE, Suite 214**
**Blaine, MN 55434**

**Olson Thielen**                                                                 **March 4, 2009**
**2675 Long Lake Road**
**Saint Paul, MN 55113-1117**

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                                 ADDRESS                                 DATES SERVICES RENDERED

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                     ADDRESS

10

None ■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                            DATE ISSUED

### 20. Inventories

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

                                                    DOLLAR AMOUNT OF INVENTORY

DATE OF INVENTORY               INVENTORY SUPERVISOR             (Specify cost, market or other basis)

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

                                    NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY

DATE OF INVENTORY                                    RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                    NATURE OF INTEREST              PERCENTAGE OF INTEREST

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                        NATURE AND PERCENTAGE

NAME AND ADDRESS                    TITLE                           OF STOCK OWNERSHIP

### 22 . Former partners, officers, directors and shareholders

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                                ADDRESS                           DATE OF WITHDRAWAL

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                         DATE OF TERMINATION

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS                                       AMOUNT OF MONEY

OF RECIPIENT,                           DATE AND PURPOSE            OR DESCRIPTION AND

RELATIONSHIP TO DEBTOR            OF WITHDRAWAL                VALUE OF PROPERTY

### 24. Tax Consolidation Group.

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                             TAXPAYER IDENTIFICATION NUMBER (EIN)

11

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **January  6, 2010**                Signature  **/s/ Allan K Butler**
                                                       **Allan K Butler**
                                                       Debtor

Date  **January  6, 2010**                Signature  **/s/ Donna V Butler**
                                                       **Donna V Butler**
                                                       Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re

Allan K. Butler,                                                           Chapter 11
Donna V. Butler,
                                                          BKY Case No.: 09-46805

        Debtors.

_____ PETITION, SCHEDULES & STATEMENTS
_____ CHAPTER 13 PLAN
_____ SCHEDULES AND STATEMENTS ACCOMPANYING VERIFIED CONVERSION
_____ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
_____ MODIFIED CHAPTER 13 PLAN
XX____ OTHER (Please describe: Amended Schedule A, Amended Schedule B and Amended
Statement of Financial Affairs)

        I [We], the undersigned debtor(s) or authorized representative of the debtor, *make the
following declarations under penalty of perjury:*

- • The information I have given my attorney and provided in the electronically filed
    petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated
    above, is true and correct;
- • The information provided in the "Debtor Information Pages" submitted as a part
    of the electronic commencement of the above-referenced case is true and correct;
- • **[individual debtors only]** If no Social Security Number is included in the "Debtor
    Information Pages" submitted as a part of the electronic commencement of the
    above-referenced case, it is because I do not have a Social Security Number;
- • I consent to my attorney electronically filing with the United States Bankruptcy
    Court my petition, statements and schedules, amendments, and/or chapter 13 plan,
    as indicated above, together with a scanned image of this Signature Declaration
    and the completed "Debtor Information Pages," if applicable; and
- • **[corporate and partnership debtors only]** I have been authorized to file this
    petition on behalf of the debtor.

Date: 1-6-2010

x _Allan K. Butler_____              x _Donna V. Butler_____
   Signature of Debtor or Authorized Representative        Signature of Joint Debtor

x _Allan K. Butler_____              x _Donna V. Butler_____
   Printed Name of Debtor or Authorized Representative        Printed Name of Joint Debtor

Form ERS 1 (Rev 10/03)

121213579v1 66899

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

In re:                                                    Case No.:   09-46805

Allan Butler and
Donna Butler,                                             Chapter 11 Case

      Debtors.

---

## PROOF OF SERVICE

---

      Amy E. Kulbeik, an employee of Hinshaw & Culbertson LLP, and in the course of said employment on January 7, 2010, caused the following documents:

1.      Amended Schedule A;
2.      Amended Schedule B; and
3.      Amended Statement of Financial Affairs.

to be filed electronically with the Clerk of Court through ECF, and that a copy of the above-referenced documents were delivered to the people listed below who are Filing Users, by automatic e-mail notification on pursuant to the Electronic Case Filing System and this notice constitutes service or notice pursuant to Local Rule 9006-1(a).

Eric D. Cook - ecook@wilfordgeske.com,
djohnson@wilfordgeske.com;cadams@wilfordgeske.com

Brian L. McMahon - brian@mcmahonlawmn.com

Timothy D Moratzka - mcm_trustee@mcmlaw.com,
tmoratzka@ecf.epiqsystems.com;ldj@mcmlaw.com

Timothy D. Moratzka - tdm@mcmlaw.com, ldj@mcmlaw.com

Lee Mosher - lee.mosher@davernlaw.com, jennifer.thuente@davernlaw.com

US Trustee - ustpregion12.mn.ecf@usdoj.gov

Sarah J Wencil - Sarah.J.Wencil@usdoj.gov


Dated: January 7, 2010                    /s/ Amy E. Kulbeik_____
                                 Amy E. Kulbeik