**EXHIBIT A**

*Spent* ... *Insurance Payment*

Exhibit R

#40,107.84

| CHECK NO. | AMOUNT | CHECK DATE | TO WHOM |
|---|---|---|---|
| 7209 (Not cashier's check but carbon copy of regular check) *Recorded in Quicken* | $11,705.00 | 9/5/2009 | Hellmuth & Johnson |
| US Bank Cashier's Check 704503130 | $2,076.34 | 9/26/2009 | Bank of America |
| US Bank Cashier's Check 704503120 | $1,464.34 | 9/26/2009 | Home Comings-GMAC |
| US Bank Cashier's Check 704503129 | $1,464.34 | 9/26/2009 | Home Comings-GMAC |
| US Bank Cashier's Check 704503131 | $2,076.34 | 9/26/2009 | Bank of America |
| US Bank Cashier's Check 704503132 | $2,076.34 | 9/26/2009 | Bank of America |
| US Bank Cashier's Check 704503127 | $1,464.34 | 9/26/2009 | Home Comings-GMAC |
| American Family Insurance Payment Receipt 4237957 | $3,704.40 | 10/1/2009 | American Family Insurance |
| US Bank Cashier's Check 102501923 | $2,000.00 | 10/14/2009 | Discover Card scratched off and US Bank – Flex Perks Card written instead |
| US Bank Cashier's Check 704503121 | $2,076.34 | 9/26/2009 | Bank of America |
| US Bank Cashier's Check 704503122 | $2,031.06 | 9/26/2009 | Home Comings-GMAC |
| US Bank Cashier's Check 704503128 | $1,464.34 | 9/26/2009 | Home Comings-GMAC |
| US Bank Cashier's Check 704503114 | $4,000.00 | 9/26/2009 | Hellmuth & Johnson (retainer) |

Exhibit R

#25,898.18

P.03

| US Bank Cashier's Check 704503112 | $831.25 | 9/26/2009 | Judge Robert G. Schiefelbein |
| US Bank Cashier's Check 704503113 | $6,389.16 | 9/26/2009 | Hellmuth & Johnson |
| US Bank Cashier's Check 704503133 | $4,000.00 | 9/26/2009 | Agon Azizi |
| US Bank Cashier's Check 704503118 | $1,996.00 | 9/26/2009 | American Family Insurance |
| US Bank Cashier's Check 704503125 | $993.25 | 9/26/2009 | Washington Mutual |

#14,209.66

#25,898.18
+ # 14,209.66
# 40,107.84

EXHiBiT 5

EXHiBiT s

$1,583.48

2,511.32

MONEYGRAM PAYMENT SYSTEMS, INC. DRAWER
P.O. BOX 9440
MINNEAPOLIS, MN 55480
www.moneygram.com

R2017005872S3
618 (7/08) 500/6000
M 94889-Q
EMPLOYEE
RECEIPT / RECIBO
160.36
DATE/AMOUNT
KEEP A COPY OF THIS STUB FOR YOUR RECORDS/
MANTENGA UNA COPIA DE ESTE RECIBO PARA SUS ARCHIVOS

MoneyGram. Money Orders   3
58331789703
740 (7/08) 700/14000
MONEY GRAM PAYMENT SYSTEMS, INC. DRAWER
MINNEAPOLIS, MN 55480
www.moneygram.com
DATE/AMOUNT
$2.50
KEEP A COPY OF THIS STUB FOR YOUR RECORDS/
MANTENGA UNA COPIA DE ESTE RECIBO PARA SUS ARCHIVOS

MoneyGram. Money Orders   3
R2017005872TS
618 (7/08) 500/6000
M 94889-Q
EMPLOYEE
RECEIPT / RECIBO
MONEYGRAM PAYMENT SYSTEMS, INC. DRAWER
MINNEAPOLIS, MN 55480
www.moneygram.com
DATE/AMOUNT
$152.99
KEEP A COPY OF THIS STUB FOR YOUR RECORDS/
MANTENGA UNA COPIA DE ESTE RECIBO PARA SUS ARCHIVOS

MoneyGram. Money Orders   1
R20174160481Z
618 (7/08) 500/6000
M 94890-Q
EMPLOYEE
MONEYGRAM PAYMENT SYSTEMS, INC. DRAWER
MINNEAPOLIS, MN 55480
www.moneygram.com
DATE/AMOUNT
$408
KEEP A COPY OF THIS STUB FOR YOUR RECORDS/
MANTENGA UNA COPIA DE ESTE RECIBO PARA SUS ARCHIVOS

MoneyGram. Money Orders   1
R20174161189G
618 (7/08) 500/6000
M 94890-Q
EMPLOYEE
MONEYGRAM PAYMENT SYSTEMS, INC. DRAWER
MINNEAPOLIS, MN 55480
www.moneygram.com
DATE/AMOUNT
$458.91
KEEP A COPY OF THIS STUB FOR YOUR RECORDS/
MANTENGA UNA COPIA DE ESTE RECIBO PARA SUS ARCHIVOS

MoneyGram. Money Orders   2
R2017416119017
618 (7/08) 500/6000
MONEYGRAM PAYMENT SYSTEMS, INC. DRAWER
MINNEAPOLIS, MN 55480
www.moneygram.com
DATE/AMOUNT
$871.80
KEEP A COPY OF THIS STUB FOR YOUR RECORDS/
MANTENGA UNA COPIA DE ESTE RECIBO PARA SUS ARCHIVOS

MoneyGram. Money Orders   2
R20174161187A
618 (7/08) 500/6000
M 94890-Q
EMPLOYEE
MONEYGRAM PAYMENT SYSTEMS, INC. DRAWER
MINNEAPOLIS, MN 55480
www.moneygram.com
DATE/AMOUNT
$408.40
KEEP A COPY OF THIS STUB FOR YOUR RECORDS/
MANTENGA UNA COPIA DE ESTE RECIBO PARA SUS ARCHIVOS

MoneyGram. Money Orders   3
R20174161188S
618 (7/08) 500/6000
M 94890-Q
EMPLOYEE
MONEYGRAM PAYMENT SYSTEMS, INC. DRAWER
MINNEAPOLIS, MN 55480
www.moneygram.com
DATE/AMOUNT
$599.95
KEEP A COPY OF THIS STUB FOR YOUR RECORDS/
MANTENGA UNA COPIA DE ESTE RECIBO PARA SUS ARCHIVOS

MoneyGram. Money Orders   3
58331789582
740 (7/08) 700/14000
M 94116-P
EMPLOYEE
MONEYGRAM PAYMENT SYSTEMS, INC. DRAWER
MINNEAPOLIS, MN 55480
www.moneygram.com
DATE/AMOUNT
$329.48
KEEP A COPY OF THIS STUB FOR YOUR RECORDS/
MANTENGA UNA COPIA DE ESTE RECIBO PARA SUS ARCHIVOS



#1,895





#1,450.





**Business**

11/19/2009
7/1/2009 Through 11/20/2009 (Cash Basis)

Page 1

| Date | Account | Num | Description | Memo | Clr | Amount |
|------|---------|-----|-------------|------|-----|--------|
| **EXPENSES** | | | | | | |
| **Business** | | | | | | |
| 7/1/2009 | CREDIT U... | 9256 | DONALD ... | Computer-DVB | | -1,303.58 |
| 8/12/2009 | CREDIT U... | S | VISA CRE... | VUE licensing | | -163.75 |
| 10/4/2009 | CREDIT U... | 9271 | Park And ... | Court house parking | | -9.00 |
| 10/12/2009 | CREDIT U... | 9278 | S u S BANK... | Supportrix | | -40.00 |
| | | | | Allan Credit | | -50.00 |
| 10/25/2009 | CREDIT U... | 9286 | DONALD ... | Printer ink | | -65.29 |
| 7/3/2009 | Spire Feder... | DebitCard | Realtor A... | | | -217.00 |
| 7/3/2009 | Spire Feder... | | Dunn Rus... | Loan mediation | | -5,850.00 |
| 7/10/2009 | Spire Feder... | | INTERES... | | | -10,990.00 |
| 7/15/2009 | Spire Feder... | | Kaehler M... | | | -29,344.00 |
| 7/19/2009 | Spire Feder... | 7136 | SIMON B... | Web Site | | -125.00 |
| 7/23/2009 | Spire Feder... | 7170 | DONALD ... | Computer-DVB | | -339.58 |
| 8/6/2009 | Spire Feder... | 7179 | HellMUTH... | Attorney's fee | | -2,262.91 |
| 8/24/2009 | Spire Feder... | 7236 | DONALD ... | Printer ink | | -58.87 |
| 9/5/2009 | Spire Feder... | 7209 | HellMUTH... | Attorney's fee | | -11,705.00 |
| 9/14/2009 | Spire Feder... | | DANIEL ... | Subpena | | -27.00 |
| 9/14/2009 | Spire Feder... | 7247 | DONALD ... | Computer work | | -60.00 |
| 9/16/2009 | Spire Feder... | 7277 | BENSon ... | Gov. Center parking | | -9.00 |
| 9/16/2009 | Spire Feder... | DebitCard | EXCEL L... | | | -100.00 |
| 9/20/2009 | Spire Feder... | DebitCard | Realtor A... | | | -192.00 |
| 9/20/2009 | Spire Feder... | 7220 | Benson P... | Gov. Center parking | | -2.00 |
| 9/28/2009 | Spire Feder... | | MN CAR | | | -502.50 |
| **TOTAL Business** | | | | | | **-63,416.48** |
| | | | | | | |
| **TOTAL EXPENSES** | | | | | | **-63,416.48** |
| | | | | | | |
| | | | | **OVERALL TOTAL** | | **-63,416.48** |

## 1057 95th Lane

11/19/2009

7/1/2009 Through 11/20/2009 (Cash Basis)

| Date | Account | Num | Description | Memo | Clr | Page 1 Amount |
|------|---------|-----|-------------|------|-----|---------------|

### EXPENSES

#### 1057 95th Lane

| Date | Account | Num | Description | Memo | Amount |
|------|---------|-----|-------------|------|--------|
| 7/10/2009 | Spire Feder...Bill Pay | | S CenterpOi... | | -26.65 |
| 7/13/2009 | Spire Feder...Bill Pay | | S Home De... | | -313.23 |
| 7/15/2009 | Spire Feder...7100 | | S KabASHI ... | | -440.00 |
| 7/15/2009 | Spire Feder...7128 | | S KabASHI ... | | -280.00 |
| 7/20/2009 | Spire Feder...7138 | | KabASHI ... | Labor-windows | -3,361.00 |
| 7/25/2009 | Spire Feder...7149 | | Menards | Tile | -48.05 |
| 8/1/2009 | Spire Feder...7174 | | CENTER... | | -7.46 |
| 8/8/2009 | Spire Feder...7226 | | North CO... | | -87.44 |
| 8/10/2009 | Spire Feder...Bill Pay | | S CenterpOi... | | -26.70 |
| 8/11/2009 | Spire Feder...7190 | | S KabASHI ... | Labor | -47.00 |
| 8/11/2009 | Spire Feder...7191 | | S KabASHI ... | Labor | -352.00 |
| 8/11/2009 | Spire Feder...7192 | | S KabASHI ... | Labor | -715.00 |
| 8/11/2009 | Spire Feder...7193 | | S KabASHI ... | Labor | -480.00 |
| 8/17/2009 | Spire Feder...Bill Pay | | CENTER... | | -16.42 |
| 8/19/2009 | Spire Feder...Bill Pay | | S Discover ... | | -77.71 |
| 8/24/2009 | Spire Feder...7238 | | CENTER... | | -8.82 |
| 9/1/2009 | Spire Feder...7200 | | S KabASHI ... | Labor | -561.00 |
| 9/1/2009 | Spire Feder...7206 | | AGON AZ... | Materials | -78.22 |
| 9/8/2009 | Spire Feder...7215 | | Menards | | -1.00 |
| 9/10/2009 | Spire Feder...Bill Pay | | S CenterpOi... | | -26.70 |
| 9/10/2009 | Spire Feder...DebitCard... | | Home dep... | | -404.69 |
| 9/10/2009 | Spire Feder...DebitCard | | Menards | | -16.41 |
| 9/14/2009 | Spire Feder...Bill Pay | | CENTER... | | -14.79 |
| 9/28/2009 | Spire Feder... | S | CenterpOi... | | -26.70 |
| 9/28/2009 | Spire Feder... | | CENTER... | | -23.12 |
| 9/28/2009 | Spire Feder... | | Menards | | -2,000.00 |
| 10/13/2009 | Spire Feder... | | Home dep... | | -1,767.07 |
| 10/27/2009 | Spire Feder... | S | CenterpOi... | | -26.70 |
| 10/27/2009 | Spire Feder... | S | CENTER... | | -10.02 |

**TOTAL 1057 95th Lane** -11,243.90

**TOTAL EXPENSES** -11,243.90

**OVERALL TOTAL** -11,243.90

4018 Sheridan Ave. N.
7/1/2009 Through 11/20/2009 (Cash Basis)

11/19/2009

Page 1

| Date | Account | Num | Description | Memo | Clr | Amount |
|---|---|---|---|---|---|---|

**EXPENSES**

**4018 Sheridan Ave. N.**

| Date | Account | Num | Description | Memo | Clr | Amount |
|---|---|---|---|---|---|---|
| 7/10/2009 | Spire Feder...Bill Pay | | S CenterpOI... | | | -26.65 |
| 8/8/2009 | Spire Feder...7227 | | S North EnD... | | | -23.76 |
| 8/10/2009 | Spire Feder...7186 | | URTIM B... | Labor | | -216.00 |
| 8/10/2009 | Spire Feder...Bill Pay | | S CenterpOI... | | | -26.70 |
| 8/11/2009 | Spire Feder...7190 | | S KabASHI ... | Labor | | -176.00 |
| 8/11/2009 | Spire Feder...7191 | | S KabASHI ... | Labor | | -440.00 |
| 8/11/2009 | Spire Feder...7192 | | S KabASHI ... | Labor | | -176.00 |
| 8/11/2009 | Spire Feder...7193 | | S KabASHI ... | Labor | | -300.00 |
| 8/13/2009 | Spire Feder...DebitCard | | City Of m... | Water bill | | -197.45 |
| 9/10/2009 | Spire Feder...Bill Pay | | S CenterpOI... | | | -26.70 |
| 9/10/2009 | Spire Feder...DebitCard... | | Home dep... | | | -531.16 |
| 9/28/2009 | Spire Feder... | S | American ... | | | -1,581.00 |
| 9/28/2009 | Spire Feder... | S | CenterpOI... | | | -26.70 |
| 10/27/2009 | Spire Feder... | S | CenterpOI... | | | -26.70 |
| **TOTAL 4018 Sheridan Ave. N.** | | | | | | **-3,774.82** |

| | | | | | | |
|---|---|---|---|---|---|---|
| **TOTAL EXPENSES** | | | | | | **-3,774.82** |
| | | | | | **OVERALL TOTAL** | **-3,774.82** |

## 2922 Newton (Wasif Ali)

### 7/1/2009 Through 11/20/2009 (Cash Basis)

11/19/2009

Page 1

| Date | Account | Num | Description | Memo | Clr | Amount |
|------|---------|-----|-------------|------|-----|--------|
| **EXPENSES** | | | | | | |
| **2922 Newton (Wasif Ali)** | | | | | | |
| 10/13/2009 | CREDIT U... | 9277 | NORTH E... | | | -10.39 |
| 8/24/2009 | Spire Feder... | 7199 | Menards | | | -388.79 |
| 8/26/2009 | Spire Feder... | | S | SPIRE CR...Musef Ali | | 1,600.00 |
| 9/1/2009 | Spire Feder... | 7202 | KabASHI ... | | | -1,496.00 |
| 9/1/2009 | Spire Feder... | 7203 | S KabASHI ... | | | -66.00 |
| 9/1/2009 | Spire Feder... | 7205 | TafIL BYT... Labor | | | -372.00 |
| 9/5/2009 | Spire Feder... | 7241 | NORTH E... | | | -9.02 |
| 9/8/2009 | Spire Feder... | 7214 | KabASHI ... | | | -816.00 |
| 9/10/2009 | Spire Feder... | DebitCard... | Home dep... | | | -219.74 |
| 9/14/2009 | Spire Feder... | DebitCard | Menards | | | -111.32 |
| 9/16/2009 | Spire Feder... | DebitCard | MENards | | | -113.82 |
| 10/13/2009 | Spire Feder... | | S | Home dep... | | -619.39 |
| 10/27/2009 | Spire Feder... | | S | Home dep... | | -252.42 |
| **TOTAL 2922 Newton (Wasif Ali)** | | | | | | **-2,874.89** |

| | |
|---|---|
| **TOTAL EXPENSES** | **-2,874.89** |

| | |
|---|---|
| **OVERALL TOTAL** | **-2,874.89** |

## HUD House Expen
### 7/1/2009 Through 11/20/2009 (Cash Basis)

11/19/2009

| Date | Account | Num | Description | Memo | Clr | Page 1<br>Amount |
|---|---|---|---|---|---|---|
| **EXPENSES** | | | | | | |
| **HUD House Expen** | | | | | | |
| 8/10/2009 | Spire Feder...7185 | | Minneapol... | Rental licenses | | -6,199.00 |
| **SUBTOTAL HUD House Expen** | | | | | | **-6,199.00** |
| | | | | | | |
| **2615 36th Ave.** | | | | | | |
| 7/14/2009 | Spire Feder...7132 | | Benson P... | Gov. Center parking | | -5.50 |
| **TOTAL 2615 36th Ave.** | | | | | | **-5.50** |
| | | | | | | |
| **2951 Knox Ave.** | | | | | | |
| 7/10/2009 | Spire Feder...Bill Pay | | S CenterpOl... | | | -26.65 |
| 8/10/2009 | Spire Feder...Bill Pay | | S CenterpOl... | | | -28.70 |
| 9/10/2009 | Spire Feder...Bill Pay | | S CenterpOl... | | | -28.70 |
| 9/28/2009 | Spire Feder... | S | CenterpOl... | | | -29.70 |
| 10/27/2009 | Spire Feder... | S | CenterpOl... | | | -29.70 |
| 10/27/2009 | Spire Feder... | S | Home dep... | | | -492.45 |
| **TOTAL 2951 Knox Ave.** | | | | | | **-635.90** |
| | | | | | | |
| **3223 Thomas** | | | | | | |
| 7/8/2009 | Spire Feder...7097 | | HENNEPI... | Housing court-supe... | | -322.00 |
| 7/8/2009 | Spire Feder...7098 | | HENNEPI... | | | -70.00 |
| 7/8/2009 | Spire Feder...7099 | | Benson P... | Gov. Center parking | | -2.00 |
| 7/10/2009 | Spire Feder...Bill Pay | | S CenterpOl... | | | -27.65 |
| 8/10/2009 | Spire Feder...Bill Pay | | S CenterpOl... | | | -28.70 |
| 8/11/2009 | Spire Feder...7187 | | DISTRICT... | Writ | | -55.00 |
| 8/11/2009 | Spire Feder...7188 | | HENNEPI... | | | -100.00 |
| 8/11/2009 | Spire Feder...7189 | | Minneapol... | | | -108.34 |
| 9/8/2009 | Spire Feder...7210 | | Benson P... | Gov. Center parking | | -2.00 |
| 9/10/2009 | Spire Feder...Bill Pay | | S CenterpOl... | | | -28.70 |
| 9/28/2009 | Spire Feder... | S | CenterpOl... | | | -29.70 |
| 10/27/2009 | Spire Feder... | S | CenterpOl... | | | -29.70 |
| **TOTAL 3223 Thomas** | | | | | | **-803.79** |
| | | | | | | |
| **3427 Irving Ave** | | | | | | |
| 7/10/2009 | Spire Feder...Bill Pay | | S CenterpOl... | | | -27.70 |
| 8/10/2009 | Spire Feder...Bill Pay | | S CenterpOl... | | | -28.70 |
| 9/10/2009 | Spire Feder...Bill Pay | | S CenterpOl... | | | -28.70 |
| 9/28/2009 | Spire Feder... | S | CenterpOl... | | | -29.81 |
| 10/27/2009 | Spire Feder... | S | CenterpOl... | | | -29.81 |
| **TOTAL 3427 Irving Ave** | | | | | | **-144.72** |
| | | | | | | |
| **3543 Penn Ave.** | | | | | | |
| 7/10/2009 | Spire Feder...Bill Pay | | S CenterpOl... | | | -26.65 |
| 7/15/2009 | Spire Feder...7127 | | KabASHI ... | | | -660.00 |
| 7/15/2009 | Spire Feder...7129 | | S AGON AZ... | | | -169.91 |
| 8/10/2009 | Spire Feder...Bill Pay | | S Home De... | | | -6.15 |
| 8/10/2009 | Spire Feder...Bill Pay | | S CenterpOl... | | | -26.70 |
| 9/10/2009 | Spire Feder...Bill Pay | | S CenterpOl... | | | -26.70 |
| 9/28/2009 | Spire Feder... | S | CenterpOl... | | | -29.70 |
| 10/27/2009 | Spire Feder... | S | CenterpOl... | | | -29.70 |
| **TOTAL 3543 Penn Ave.** | | | | | | **-975.51** |

HUD House Expen
7/1/2009 Through 11/20/2009 (Cash Basis)

11/19/2009

| Date | Account | Num | Description | Memo | Clr | Amount |
|------|---------|-----|-------------|------|-----|--------|
| **3545 Russell Ave. N.** | | | | | | |
| 7/10/2009 | Spire Feder...Bill Pay | S | CenterpOl... | | | -27.70 |
| 8/6/2009 | Spire Feder...7180 | | Benson P... | Gov. Center parking | | -5.50 |
| 8/6/2009 | Spire Feder...7181 | | CHERYL ... | Transcript | | -225.00 |
| 8/10/2009 | Spire Feder...Bill Pay | S | CenterpOl... | | | -28.80 |
| 9/10/2009 | Spire Feder...Bill Pay | S | CenterpOl... | | | -28.80 |
| 9/28/2009 | Spire Feder... | S | American ... | | | -1,723.00 |
| 9/28/2009 | Spire Feder... | S | CenterpOl... | | | -29.80 |
| 10/27/2009 | Spire Feder... | S | CenterpOl... | | | -29.80 |
| 11/8/2009 | Spire Feder... | | ADAMS P... | Mice | | -203.69 |
| **TOTAL 3545 Russell Ave. N.** | | | | | | **-2,302.09** |
| | | | | | | |
| **3643 Bryant** | | | | | | |
| 7/10/2009 | Spire Feder...Bill Pay | S | CenterpOl... | | | -27.65 |
| 7/14/2009 | Spire Feder...7130 | | DISTRICT... | | | -322.00 |
| 7/14/2009 | Spire Feder...7131 | | HENNEPI... | | | -70.00 |
| 7/14/2009 | Spire Feder...7132 | | Benson P... | Gov. Center parking | | -5.50 |
| 7/30/2009 | Spire Feder...7147 | | Benson P... | Gov. Center parking | | -7.00 |
| 8/8/2009 | Spire Feder...7227 | S | North EnD... | | | -29.04 |
| 8/10/2009 | Spire Feder...Bill Pay | S | CenterpOl... | | | -28.80 |
| 8/11/2009 | Spire Feder...7190 | S | KabASHI ... | Labor | | -187.00 |
| 8/20/2009 | Spire Feder...7198 | | JAMIRRO... | Labor | | -20.00 |
| 9/1/2009 | Spire Feder...7203 | S | KabASHI ... | | | -297.00 |
| 9/1/2009 | Spire Feder...7204 | S | KabASHI ... | | | -48.00 |
| 9/10/2009 | Spire Feder...Bill Pay | S | CenterpOl... | | | -28.80 |
| 9/10/2009 | Spire Feder...DebitCard... | | Home dep... | | | -101.98 |
| 9/28/2009 | Spire Feder... | S | CenterpOl... | | | -29.78 |
| 10/13/2009 | Spire Feder... | S | Home dep... | | | -123.50 |
| 10/27/2009 | Spire Feder... | S | CenterpOl... | | | -29.78 |
| **TOTAL 3643 Bryant** | | | | | | **-1,355.83** |
| | | | | | | |
| **3746 Russell** | | | | | | |
| 7/10/2009 | Spire Feder...Bill Pay | S | CenterpOl... | | | -27.65 |
| 7/15/2009 | Spire Feder...7129 | S | AGON AZ... | | | -363.88 |
| 8/10/2009 | Spire Feder...Bill Pay | S | Home De... | | | -55.59 |
| 8/10/2009 | Spire Feder...Bill Pay | S | CenterpOl... | | | -28.70 |
| 9/10/2009 | Spire Feder...Bill Pay | S | CenterpOl... | | | -28.70 |
| 9/28/2009 | Spire Feder... | S | CenterpOl... | | | -29.70 |
| 10/27/2009 | Spire Feder... | S | CenterpOl... | | | -29.70 |
| **TOTAL 3746 Russell** | | | | | | **-563.92** |
| | | | | | | |
| **4639 Dupont** | | | | | | |
| 7/10/2009 | Spire Feder...Bill Pay | S | CenterpOl... | | | -27.65 |
| 8/10/2009 | Spire Feder...Bill Pay | S | CenterpOl... | | | -28.78 |
| 9/10/2009 | Spire Feder...Bill Pay | S | CenterpOl... | | | -28.78 |
| 9/28/2009 | Spire Feder... | S | CenterpOl... | | | -29.70 |
| 10/27/2009 | Spire Feder... | S | CenterpOl... | | | -29.70 |
| **TOTAL 4639 Dupont** | | | | | | **-144.61** |
| | | | | | | |
| **4707 6th. Street N** | | | | | | |
| 7/10/2009 | Spire Feder...Bill Pay | S | CenterpOl... | | | -26.65 |

# HUD House Expen
### 7/1/2009 Through 11/20/2009 (Cash Basis)

11/19/2009

Page 3

| Date | Account | Num | Description | Memo | Clr | Amount |
|---|---|---|---|---|---|---|
| 8/10/2009 | Spire Feder...Bill Pay | S | CenterPoi... | | | -28.70 |
| 9/10/2009 | Spire Feder...Bill Pay | S | CenterPoi... | | | -28.70 |
| 9/28/2009 | Spire Feder... | S | CenterPoi... | | | -29.70 |
| 10/27/2009 | Spire Feder... | S | CenterPoi... | | | -29.70 |
| **TOTAL 4707 6th. Street N** | | | | | | **-143.45** |
| | | | | | | |
| **5229 Fremont Ave. N.** | | | | | | |
| 7/10/2009 | Spire Feder...Bill Pay | S | CenterPoi... | | | -26.65 |
| 8/10/2009 | Spire Feder...Bill Pay | S | CenterPoi... | | | -28.70 |
| 9/10/2009 | Spire Feder...Bill Pay | S | CenterPoi... | | | -28.70 |
| 9/28/2009 | Spire Feder... | S | CenterPoi... | | | -29.70 |
| 10/27/2009 | Spire Feder... | S | CenterPoi... | | | -29.70 |
| **TOTAL 5229 Fremont Ave. N.** | | | | | | **-143.45** |
| **TOTAL HUD House Expen** | | | | | | **-13,417.77** |

| | | | | | | |
|---|---|---|---|---|---|---|
| **TOTAL EXPENSES** | | | | | | **-13,417.77** |
| | | | | **OVERALL TOTAL** | | **-13,417.77** |

Charity
7/1/2009 Through 11/20/2009 (Cash Basis)

11/19/2009

| Date | Account | Num | Description | Memo | Clr | Amount |
|------|---------|-----|-------------|------|-----|--------|

Page 1

**EXPENSES**

**Charity**

**Cash**

| Date | Account | Num | Description | Memo | Amount |
|------|---------|-----|-------------|------|--------|
| 7/1/2009 | CREDIT U... | Sched | AMNEST... | MONTHLY  CONTRI | -20.00 |
| 7/1/2009 | CREDIT U... | Sched | DISCIPLE... | MONTHLY CONTRI | -100.00 |
| 7/1/2009 | CREDIT U... | Sched | CHRISTIA... | MONTHLY CONTRI | -40.00 |
| 7/1/2009 | CREDIT U... | | CalvaRY ... | | -240.00 |
| 7/13/2009 | CREDIT U... | S | VISA CRE... | Doctors Without Bo... | -20.00 |
| | | | | Oxfam America | -15.00 |
| | | | | Green America | -25.00 |
| | | | | Joni and Friends | -50.00 |
| | | | | Minnesota Public R... | -12.50 |
| | | | | Wilderness Society | -10.00 |
| | | | | Feed My Starving C... | -100.00 |
| | | | | Audubon Advocates | -18.00 |
| | | | | Twin Cities Public TV | -10.00 |
| | | | | Easter Seals | -25.00 |
| | | | | MN Horticulture | -25.00 |
| 7/26/2009 | CREDIT U... | 9258 | MN Teen ... | Donation | -25.00 |
| 8/1/2009 | CREDIT U... | Sched | AMNEST... | MONTHLY  CONTRI | -20.00 |
| 8/1/2009 | CREDIT U... | Sched | DiscIPLE... | MONTHLY CONTRI | -100.00 |
| 8/1/2009 | CREDIT U... | Sched | CHRISTIA... | MONTHLY CONTRI | -40.00 |
| 8/1/2009 | CREDIT U... | | CalvaRY ... | | -240.00 |
| 8/7/2009 | CREDIT U... | 9259 | GlobAL H... | Memorial-Mom | -200.00 |
| 8/12/2009 | CREDIT U... | S | VISA CRE... | Doctors Without Bo... | -40.00 |
| | | | | Oxfam America | -15.00 |
| | | | | Green America | -25.00 |
| | | | | Minnesota Public R... | -12.50 |
| | | | | Wilderness Society | -10.00 |
| | | | | America's Second ... | -50.00 |
| | | | | Audubon Advocates | -18.00 |
| | | | | Twin Cities Public TV | -10.00 |
| | | | | Sierra Club | -30.00 |
| 8/20/2009 | CREDIT U... | 9260 | AlzHEIME... | | -50.00 |
| 9/1/2009 | CREDIT U... | Sched | AMNEST... | MONTHLY  CONTRI | -20.00 |
| 9/1/2009 | CREDIT U... | Sched | CAMPUS ... | MONTHLY CONTRI | -100.00 |
| 9/1/2009 | CREDIT U... | Sched | CHRISTIA... | MONTHLY CONTRI | -40.00 |
| 9/1/2009 | CREDIT U... | | CalvaRY ... | | -240.00 |
| 9/8/2009 | CREDIT U... | S | VISA CRE... | Mother Bear Project | -50.00 |
| | | | | National Audubon- ... | -25.00 |
| | | | | Oxfam America | -15.00 |
| | | | | Minnesota Public R... | -12.50 |
| | | | | Wilderness Society | -10.00 |
| | | | | Audubon Advocates | -18.00 |
| | | | | Clean Water Action | -100.00 |
| | | | | Twin Cities Public TV | -10.00 |
| 9/15/2009 | CREDIT U... | 9261 | Easter SE... | Donation | -25.00 |
| 10/1/2009 | CREDIT U... | Sched | AMNEST... | MONTHLY  CONTRI | -20.00 |
| 10/1/2009 | CREDIT U... | Sched | CAMPUS ... | MONTHLY CONTRI | -100.00 |
| 10/1/2009 | CREDIT U... | Sched | CHRISTIA... | MONTHLY CONTRI | -40.00 |
| 10/4/2009 | CREDIT U... | S | VISA CRE... | Mercy-Unity Founda... | -100.00 |

Charity

7/1/2009 Through 11/20/2009 (Cash Basis)

11/19/2009

| Date | Account | Num | Description | Memo | Clr | Amount |
|------|---------|-----|-------------|------|-----|--------|
| | | | | Feed My Starving C... | | -50.00 |
| | | | | Oxfam America | | -15.00 |
| | | | | Minnesota Public R... | | -12.50 |
| | | | | Wilderness Society | | -10.00 |
| | | | | Doctors Without Bo... | | -40.00 |
| | | | | Audubon Advocates | | -18.00 |
| | | | | National Wildlife | | -150.00 |
| | | | | Twin Cities Public TV | | -10.00 |
| | | | | Green America | | -50.00 |
| | | | | Nature Conservancy | | -100.00 |
| | | | | MN Medical Founda... | | -100.00 |
| | | | | American Lung Ass... | | -25.00 |
| | | | | Habitat fpr Humanity | | -100.00 |
| | | | | Mothers Against Dr... | | -25.00 |
| 10/11/2009 | CREDIT U... | 9274 | CalvaRY ... | Quilting group | | -25.00 |
| 10/12/2009 | CREDIT U... | 9278 | S u S BANK... | JoAnns-fabric for C... | | -11.96 |
| 10/25/2009 | CREDIT U... | 9287 | NATIONA... | Coon Rapids Area | | -10.00 |
| 11/1/2009 | CREDIT U... | Sched | AMNEST... | MONTHLY CONTRI | | -20.00 |
| 11/1/2009 | CREDIT U... | Sched | CAMPUS ... | MONTHLY CONTRI | | -100.00 |
| 11/1/2009 | CREDIT U... | Sched | CHRISTIA... | MONTHLY CONTRI | | -40.00 |
| 11/1/2009 | CREDIT U... | | CalvaRY ... | | | -240.00 |
| 11/8/2009 | CREDIT U... | S | VISA CRE... | Oxfam America | | -15.00 |
| | | | | Minnesota Public R... | | -12.50 |
| | | | | Victims of Torture | | -50.00 |
| | | | | Mn Arboretum | | -175.00 |
| | | | | Twin Cities Public TV | | -10.00 |
| | | | | Luther Seminary | | -100.00 |
| | | | | League of Women ... | | -10.00 |
| | | | | Sierra Club | | -30.00 |
| | | | | Nature Conservancy | | -50.00 |
| 7/28/2009 | Spire Feder... | 7172 | SPECIAL ... | Donation | | -25.00 |
| 8/28/2009 | Spire Feder... | 7239 | March OF... | Coon Rapids area | | -25.00 |
| 8/28/2009 | Spire Feder... | 7240 | AlzHEIME... | | | -50.00 |
| 9/5/2009 | Spire Feder... | DebitCard | Nat'L AUD... | Membership | | -25.00 |
| 9/14/2009 | Spire Feder... | DebitCard | NATIONA... | MN | | -25.00 |
| 9/14/2009 | Spire Feder... | 7218 | ICM | | | -110.00 |
| 7/1/2009 | World Perk... | | CourAGE ... | | | -170.00 |
| 7/1/2009 | World Perk... | | Feed MY ... | | | -150.00 |
| 7/15/2009 | World Perk... | | FRIENDS ... | | | -50.00 |
| **TOTAL Cash** | | | | | | **-4,756.46** |

**Non-Cash**

| Date | Account | Num | Description | Memo | Clr | Amount |
|------|---------|-----|-------------|------|-----|--------|
| 7/13/2009 | CREDIT U... | S | VISA CRE... | MN DFL | | -100.00 |
| | | | | MN DFL  Senate C... | | -50.00 |
| | | | | ACLU | | -10.00 |
| | | | | Earth Justice | | -10.00 |
| | | | | Wellstone Action | | -50.00 |
| | | | | MoveOn.org | | -15.00 |
| | | | | League of Women ... | | -10.00 |
| | | | | Mpls. Institute of Art... | | -45.00 |
| | | | | Democratic Congre... | | -20.00 |
| 8/12/2009 | CREDIT U... | S | VISA CRE... | ACLU | | -10.00 |

11/19/2009

**Charity**

7/1/2009 Through 11/20/2009 (Cash Basis)

Page 3

| Date | Account | Num | Description | Memo | Clr | Amount |
|------|---------|-----|-------------|------|-----|--------|
| | | | | Earth Justice | | -10.00 |
| | | | | MoveOn.org | | -15.00 |
| | | | | League of Women ... | | -10.00 |
| | | | | Democratic Congre... | | -10.00 |
| 9/8/2009 | CREDIT U... | S | VISA CRE... | Dem. State Party Vi... | | -115.00 |
| | | | | Democratic Congre... | | -100.00 |
| | | | | ACLU | | -10.00 |
| | | | | Environmental Defe... | | -75.00 |
| | | | | MoveOn.org | | -15.00 |
| | | | | League of Women ... | | -10.00 |
| 10/4/2009 | CREDIT U... | S | VISA CRE... | Brady Campaign-G... | | -100.00 |
| | | | | Democratic Congre... | | -10.00 |
| | | | | ACLU | | -10.00 |
| | | | | Environmental Defe... | | -50.00 |
| | | | | MoveOn.org | | -15.00 |
| | | | | League of Women ... | | -10.00 |
| | | | | Earth Justice | | -20.00 |
| | | | | MN Democratic Party | | -100.00 |
| 11/8/2009 | CREDIT U... | S | VISA CRE... | Brady Campaign-G... | | -50.00 |
| | | | | Democratic Congre... | | -10.00 |
| | | | | Coalition to Stop Vi... | | -50.00 |
| | | | | Rainforest Action | | -50.00 |
| | | | | Environmental Defe... | | -50.00 |
| 9/5/2009 | Spire Feder...DebitCard | | PUBLIC C... | Donation | | -50.00 |
| 9/14/2009 | Spire Feder...DebitCard | | FRIENDS ... | Donation | | -100.00 |
| **TOTAL Non-Cash** | | | | | | -1,365.00 |
| **TOTAL Charity** | | | | | | -6,121.46 |

| | | |
|---|---|---|
| **TOTAL EXPENSES** | | -6,121.46 |
| | **OVERALL TOTAL** | -6,121.46 |

11/19/2009

Medical
7/1/2009 Through 11/20/2009 (Cash Basis)

Page 1

| Date | Account | Num | Description | Memo | Clr | Amount |
|---|---|---|---|---|---|---|
| **EXPENSES** | | | | | | |
| **Medical** | | | | | | |
| 9/22/2009 | CREDIT U... | 9262 | NANCY N... | Treatment-DVB | | -65.00 |
| 9/22/2009 | CREDIT U... | 9264 | VICKY RA... | Treatment | | -105.00 |
| 9/30/2009 | CREDIT U... | 9269 | S BONNIE ... | | | -50.00 |
| 10/7/2009 | CREDIT U... | 9272 | NANCY N... | Treatment-DVB | | -65.00 |
| 10/7/2009 | CREDIT U... | 9273 | THREE RI... | Treatment | | -70.00 |
| 10/12/2009 | CREDIT U... | 9275 | S BONNIE ... | | | -50.00 |
| 10/12/2009 | CREDIT U... | 9278 | S u S BANK... | Wellness | | -165.00 |
| 10/15/2009 | CREDIT U... | 9279 | THREE RI... | Treatment | | -70.00 |
| 10/20/2009 | CREDIT U... | 9281 | NANCY N... | Treatment-DVB | | -65.00 |
| 10/20/2009 | CREDIT U... | 9282 | THREE RI... | Treatment-Vicki | | -105.00 |
| 10/28/2009 | CREDIT U... | 9290 | NANCY N... | Treatment-DVB | | -65.00 |
| 10/28/2009 | CREDIT U... | 9292 | S THREE RI... | Treatment | | -70.00 |
| 11/6/2009 | CREDIT U... | 9294 | S BONNIE ... | | | -50.00 |
| 7/1/2009 | Spire Feder...| 7160 | Ann RYA... | DVB | | -140.00 |
| 7/3/2009 | Spire Feder...| DebitCard | Caring CH... | Wellness | | -149.00 |
| 7/7/2009 | Spire Feder...| 7061 | S BONNIE ... | | | -50.00 |
| 7/8/2009 | Spire Feder...| 7062 | Ann RYA... | DVB | | -140.00 |
| 7/14/2009 | Spire Feder...| 7163 | THREE RI... | Treatment-Vicki | | -105.00 |
| 7/14/2009 | Spire Feder...| 7165 | NANCY N... | Treatment-DVB | | -65.00 |
| 7/20/2009 | Spire Feder...| 7166 | Ann RYA... | DVB | | -140.00 |
| 7/22/2009 | Spire Feder...| 7169 | S BONNIE ... | | | -50.00 |
| 7/23/2009 | Spire Feder...| 7171 | Caring CH... | Wellness | | -173.00 |
| 8/5/2009 | Spire Feder...| 7175 | S BONNIE ... | | | -50.00 |
| 8/10/2009 | Spire Feder...| DebitCard | Caring CH... | Wellness | | -110.00 |
| 8/11/2009 | Spire Feder...| 7228 | THREE RI... | Treatment-Vicki | | -105.00 |
| 8/11/2009 | Spire Feder...| 7230 | NANCY N... | Treatment-DVB | | -70.00 |
| 9/5/2009 | Spire Feder...| DebitCard... | Caring CH... | Wellness | | -110.00 |
| 9/9/2009 | Spire Feder...| 7242 | THREE RI... | Treatment | | -70.00 |
| 9/9/2009 | Spire Feder...| 7243 | Ann RYA... | DVB | | -140.00 |
| 9/9/2009 | Spire Feder...| 7244 | S BONNIE ... | | | -50.00 |
| 9/20/2009 | Spire Feder...| 7250 | S THREE RI...| DVB | | -70.00 |
| **SUBTOTAL Medical** | | | | | | **-2,782.00** |
| 11/19/09 | Credit U. 4287 | | Great Am Life - long term care | | | 900.78 |
| | | | | | | 3682.78 |
| **Dentist** | | | | | | |
| 10/22/2009 | CREDIT U... | 9284 | DR. ROB... | DVB | | -180.00 |
| 7/21/2009 | Spire Feder...| 7168 | DR. ROB... | DVB | | -195.30 |
| 8/5/2009 | Spire Feder...| S | SPIRE CR...| Delta Dental Payment | | 56.96 |
| 11/3/2009 | Spire Feder...| S | SPIRE CR...| Delta Dental | | 90.40 |
| **TOTAL Dentist** | | | | | | **-227.94** |
| | | | | | | |
| **Doctor** | | | | | | |
| 7/20/2009 | Spire Feder...| DebitCard | Bridge SQ...| Computer glasses | | -271.37 |
| **TOTAL Doctor** | | | | | | **-271.37** |
| **TOTAL Medical** | | | | | | **-271.37** |
| | | | | | | **-3,281.31** |
| | | | | | | |
| **TOTAL EXPENSES** | | | | | | **-3,281.31** |
| | | | | | | |
| | | | | | **OVERALL TOTAL** | **-3,281.31** |

Mortgage Payments
7/1/2009 Through 11/20/2009 (Cash Basis)

11/19/2009

Page 1

| Date | Account | Num | Description | Memo | Clr | Amount |
|---|---|---|---|---|---|---|

**EXPENSES**

**Mortgage Payments**

**1-1036 95th Lane**

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/30/2009 | Spire Feder...7142 | | GMAC M... | | | -2,162.25 |
| 9/8/2009 | Spire Feder...7212 | | GreenpOl... | | | -2,162.25 |
| **TOTAL 1-1036 95th Lane** | | | | | | **-4,324.50** |

**1020 95th Lane**

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/30/2009 | Spire Feder...7141 | | GMAC M... | | | -2,031.06 |
| 9/8/2009 | Spire Feder...7211 | | GreenpOl... | | | -2,031.06 |
| **TOTAL 1020 95th Lane** | | | | | | **-4,062.12** |

**1036 34th Ave. NE**

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/30/2009 | Spire Feder...7140 | | Gmac MO... | | | -1,465.17 |
| **TOTAL 1036 34th Ave. NE** | | | | | | **-1,465.17** |

**1052 95th Lane**

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/30/2009 | Spire Feder...7143 | | GMAC M... | | | -2,182.84 |
| 9/8/2009 | Spire Feder...7213 | | GreenpOl... | | | -2,182.84 |
| **TOTAL 1052 95th Lane** | | | | | | **-4,365.68** |

**3223 Thomas Ave. No.**

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/30/2009 | Spire Feder...7144 | | WASHing... | | | -893.25 |
| 9/5/2009 | Spire Feder...DebitCard | | WashingT... | | | -1,008.25 |
| **TOTAL 3223 Thomas Ave. No.** | | | | | | **-1,901.50** |

**4707 6th. Street N.**

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/1/2009 | Spire Feder...DebitCard | | WashingT... | | | -993.25 |
| **TOTAL 4707 6th. Street N.** | | | | | | **-993.25** |

**8438 Mississippi Blvd. NW**

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/30/2009 | Spire Feder...7145 | | Bank Of A... | | | -2,307.43 |
| **TOTAL 8438 Mississippi Blvd. NW** | | | | | | **-2,307.43** |
| **TOTAL Mortgage Payments** | | | | | | **-19,419.65** |

| | | | | | | |
|---|---|---|---|---|---|---|
| **TOTAL EXPENSES** | | | | | | **-19,419.65** |

| | | | | | | |
|---|---|---|---|---|---|---|
| **OVERALL TOTAL** | | | | | | **-19,419.65** |

Vacation Property

7/1/2009 Through 11/20/2009 (Cash Basis)

11/19/2009

Page 1

| Date | Account | Num | Description | Memo | Clr | Amount |
|---|---|---|---|---|---|---|
| **EXPENSES** | | | | | | |
| **Vacation Property** | | | | | | |
| 11/8/2009 | CREDIT U... | 9295 | BlueGRE... | Maintenace & Taxes | | -1,280.99 |
| 7/14/2009 | World Perk... | | BLUEGR... | Yearly fee | | -2,214.78 |
| **TOTAL Vacation Property** | | | | | | **-3,495.77** |
| | | | | | | |
| **TOTAL EXPENSES** | | | | | | **-3,495.77** |
| | | | | | **OVERALL TOTAL** | **-3,495.77** |